UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Todd & Darsi Bell                               Case No. 12-59540
                                                       Chapter 13
                                                       Judge Tucker

          Debtors.

**ORDER APPROVING FIRST PRE-CONFIRMATION FEE APPLICATION**

Upon the Attorney for Debtor, SWEENEY LAW OFFICES, P.L.L.C. Application for Approval of payment of Pre-Confirmation Attorney Fees, and no objections having been filed and a Certificate of No Response having been filed with this Court;

IT IS ORDERED that the Court approves Applicant's fees and expenses as follows:

1.  PRIOR AWARD FOR FEES:                              $   00.00
    PRIOR AWARD FOR COSTS                              $   00.00
    TOTAL AWARD TO DATE                                $   00.00

    THIS AWARD FOR FEES:                               **$ 3,654.50**
    THIS AWARD FOR COSTS                               $   28.80
    TOTAL THIS AWARD:                                  $3,683.30

    GRAND TOTAL FEES AND COSTS:                        **$3,683.30**

    LESS AMOUNT PAID DIRECTLY BY DEBTOR                $   00.00

    LESS AMOUNT PREVIOUSLY PAID BY TRUSTEE
    FROM CH. 13 PLAN                                   $   00.00

    CURRENT BALANCE TO BE PAID BY TRUSTEE              $3,683.30

2. This award covers services rendered and expenses incurred from 8.20.2012 to 12.19.2012.

3. The Chapter 13 Trustee shall disburse to Applicant the fees and expenses awarded herein from the funds which first become available, subject to fees due and payable to the Clerk's office and Trustee's fees.

                                .

**Signed on January 30, 2013**

                                            /s/ Thomas J. Tucker
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge