UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Todd and Darsi Bell     Case No. 12-59540

Hon. Tucker

CHAPTER 13

_____/

**STIPULATION ALLOWING DEBTOR(S)**
**TO INCUR DEBT**

The above-captioned Debtor(s) and Tammy Terry Standing Chapter 13 Trustee, hereby stipulate and agree to the entry of an Order Allowing Debtor(s) to Incur Debt, which is attached hereto as Exhibit A.

Dated: April 25, 2013

Approved:

/s/  Jesse R. Sweeney
Jesse R. Sweeney (P60941)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtor
30555 Southfield, Suite 400
Southfield, MI 48034
(586) 909-8017
sweeneylaw2005@yahoo.com


/s/ Tammy L. Terry
Tammy L. Terry
Chapter 13 Trustee
535 Griswold, Suite 2100
Detroit, MI 48226

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Todd and Darsi Bell                                  Case No. 12-59540

                                                            Hon. Tucker

                                                            CHAPTER 13

_____/

# ORDER ALLOWING DEBTOR(S) TO INCUR DEBT

The above captioned Debtor having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to obtain credit pursuant to 11 U.S.C. 365 for the following reasons: Debtor needs a vehicle, consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED THAT :

    a.    That the Debtors be permitted to incur debt under the following terms:

**1.** **Debtor may obtain credit pursuant to the terms of this Order.**

**2.** **Debtor shall make direct payments to the lender or its assigns.**

**3.** **Debtor shall be allowed to obtain credit not to exceed $22,095.14 for a of a 2011 Ford Fusion or similar vehicle from Friendly Finance or similar financing company with a down payment of $2000.00received from savings.**

**4.** **No notice is required as this Order does not adversely impact upon the Plan or Creditors.**

**5.** **Debtor's monthly loan repayment for principal and interest shall not exceed $436.00.**

**6.** **The length of the loan shall not exceed 72 months;**

**7.** **The interest rate shall not exceed 15.95 %.**

**8.** **This Order shall be valid for Sixty (60) days after entry.**

**9.** **In all other respects, the Order Confirming Plan, as last modified, shall remain in full force and effect.**

**EXHIBIT A**