UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Todd and Darsi Bell               Case No. 12-59540

                                          Hon. Tucker

                                          CHAPTER 13

_____/

# ORDER ALLOWING DEBTOR(S) TO INCUR DEBT

The above captioned Debtor having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to obtain credit pursuant to 11 U.S.C. 365 for the following reasons: Debtor needs a vehicle, consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED THAT :

    a.    That the Debtors be permitted to incur debt under the following terms:

1. **Debtor may obtain credit pursuant to the terms of this Order.**

2. **Debtor shall make direct payments to the lender or its assigns.**

3. **Debtor shall be allowed to obtain credit not to exceed $22,095.14 for a of a 2011 Ford Fusion or similar vehicle from Friendly Finance or similar financing company with a down payment of $2000.00 received from savings.**

4. **No notice is required as this Order does not adversely impact upon the Plan or Creditors.**

5. **Debtor's monthly loan repayment for principal and interest shall not exceed $436.00.**

6. **The length of the loan shall not exceed 72 months;**

7. **The interest rate shall not exceed 15.95 %.**

8. **This Order shall be valid for Sixty (60) days after entry.**

9. **In all other respects, the Order Confirming Plan, as last modified, shall remain in full force and effect.**

.

**Signed on April 25, 2013**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge